# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-3613
_____

David L. Hosea

Plaintiff - Appellant

v.

City of St. Paul; Officer Eric Stevens; Officer Richard McGuire

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:15-cv-01918-RHK)
_____

## JUDGMENT

Before SMITH, Chief Judge, COLLOTON and KELLY, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 14, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans